UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODY GORDON, f/k/a Jody Siekman, )<br>on behalf of herself and all others similarly )<br>situated, )<br>                **Plaintiff** )<br> )<br>v.                                                                   )<br> )<br> )<br>CAVALRY SPV I, LLC., )<br>                **Defendant** ) | No. 1:17-CV-11053-PBS |

## STIPULATION OF DISMISSAL

The parties hereby agree and stipulate that this action is to be dismissed with prejudice, without costs or fees to either party, both parties waiving rights of appeal.

                                          Plaintiff, by:

                                          */s/Kenneth D. Quat*
                                          BBO#408640
                                          QUAT LAW OFFICES
                                          929 Worcester Rd.
                                          Framingham MA 01701
                                          508-872-1261
                                          ken@quatlaw.com

                                          */s/Josef C Culik*
                                          BBO#672665
                                          CULIK LAW, P.C.
                                          10 Post Office Square, Suite
                                          Boston MA 02109
                                          617-830-1795
                                          jculik@culiklaw.com

Defendant, by:

*/s/Daniel S. Blynn*
Daniel S. Blynn (pro hac vice)
Meredith L. Boyland (pro hac vice)
Benjamin E. Horowitz (pro hac vice)
VENABLE LLP
600 Massachusetts Ave., NW
Washington DC 20001
202-344-4000
dsblynn@venable.com
mlboylan@venable.com
bhoriwitz@venable.com

Joseph L. Demeo, BBO No. 561254
Lawrence S. Delaney, BBO No. 557063
Demeo LLP
200 State St.
Boston MA 02109
617-263-2600
LDelaney@DemeoLLP.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2018.

*/s/Kenneth D. Quat*

2